**Woodrow DILLARD, Jr., Appellant,**

v.

**STATE of Missouri, Respondent.**

**WD 77829**

Missouri Court of Appeals,
Western District.

ORDER FILED: December 8, 2015

S. Kathleen (Kate) Webber, Assistant Appellate Defender, Kansas City, MO, Attorney for Appellant.

Chris Koster, Attorney General, Rachel Flaster, Assistant Attorney General, Jefferson City, MO, Attorneys for Respondent.

Before Division II: Mark D. Pfeiffer, Presiding Judge, and Lisa White Hardwick and James Edward Welsh, Judges

## Order

Per Curiam:

Mr. Woodrow Dillard appeals from the Judgment of the Circuit Court of Jackson County, Missouri, denying his Rule 29.15 motion for post-conviction relief, after an evidentiary hearing. We affirm. Because a published opinion would have no precedential value, a memorandum setting forth the reasons for this order has been provided to the parties. Rule 84.16(b).